**CASSADY A. ADAMS**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 3447**
**Great Falls, MT   59403**
**119 First Ave. North, Suite 300**
**Great Falls, MT   59401**
**Phone:   (406) 761-7715**
**FAX:   (406) 453-9973**
**E-mail:   Cassady.Adams@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**JOSHUA JAMES BIRDRATTLER,**<br><br>**Defendant.** | **CR 19-57-GF-BMM**<br><br><br>**MOTION *IN LIMINE* CONCERNING POLYGRAPH EVIDENCE** |

The United States of America, represented by Cassady A. Adams, Assistant

United States Attorney for the District of Montana, moves the Court *in limine* for

an order allowing the government to present testimony about the circumstances of

1

the pre-polygraph examination conducted by S.A. Smiedala and the F.B.I.'s policy about recording such examinations if the Court intends to give the cautionary instruction about the F.B.I.'s decision not to record the pre-polygraph examination in this case.

The United States contacted counsel for the defendant regarding this motion *in limine*, and the defense objects.

DATED this 26th day of November, 2019.

KURT G. ALME
United States Attorney

*/s/ Cassady A. Adams*
CASSADY A. ADAMS
Assistant U. S. Attorney