**CASSADY A. ADAMS**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 3447**
**Great Falls, MT  59403**
**119 First Ave. North, Suite 300**
**Great Falls, MT  59401**
**Phone:  (406) 761-7715**
**FAX:  (406) 453-9973**
**E-mail:   Cassady.Adams@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **JOSHUA JAMES BIRDRATTLER,** Defendant. | **CR 19-57-GF-BMM** **EXPERT WITNESS DISCLOSURE** *Tiffany Smith* |

**I.    INTRODUCTION**

Tiffany Smith is employed at the Federal Bureau of Investigation Laboratory as a Forensic Examiner.  She has worked in this position since 2010. In this position, she conducts serological and DNA examinations on items. Ms. Smith received a bachelor of science in Forensic and Investigative Sciences from West Virginia University in 2007 and a master's degree in Biology from West Virginia

1

University in 2010. She has attended training courses pertaining to her field as a forensic examiner. She has also provided professional training and presentations.

## II.  EXPERT OPINION REGARDING SEROLOGICAL AND DNA EXAMINATION RESULTS

Ms. Smith analyzed the swabs collected from the victim's sexual assault kit in this case and the buccal sample from the defendant. She has offered the opinions outlined below, which are also documented in her expert report, attached as Exhibit 2.[1] The bases for her opinions includes her testing of the items, as well as her training and experience. Ms. Smith will explain the process that she used to test these items and how she reached her conclusions.  Ms. Smith will also explain the conclusions that she reached.

### A.  Items 1, 5, and 7 (Vaginal, Oral, and Fingernail swabs)

Ms. Smith examined items 1 and 5 (vaginal and oral swabs from the victim) for the presence of semen; however, none was detected.

Ms. Smith found female DNA on items 1, 5, and 7 (vaginal, oral, and fingernail swabs from the victim). She did not find any DNA typing results unlike the victim on those items, and no comparisons were made to the defendant.

### B.  Item 3 (Anal swabs)

Ms. Smith examined item 3 (anal swabs from the victim) for the presence of semen; however, none was detected.

---

[1] An unredacted copy of this report has been provided to the defense in discovery.

2

Ms. Smith found male and female DNA on item 3. She determined that there is a likelihood ratio of 4.1 septillion that the defendant is a contributor to the DNA on item 3. The level of support for inclusion is support for identification.

## III.   CONCLUSION

Attached to this disclosure is Ms. Smith's curriculum vitae (Exhibit 1). Also attached to this disclosure is Ms. Farrell's report (Exhibit 2), which is dated August 8, 2018.

Dated this 11th day of December, 2019.

        KURT G. ALME
        United States Attorney

        */s/ Cassady A. Adams*
        CASSADY A. ADAMS
        Assistant U.S. Attorney