R. HENRY BRANOM JR.
Assistant Federal Defender
Federal Defenders of Montana
Great Falls Office
104 2nd Street South, Suite 301
Great Falls, MT 59401
hank_branom@fd.org
Phone:  (406) 727-5328
Fax:  (406) 727-4329
        Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS MONTANA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA JAMES BIRDRATTLER,<br><br>Defendant. | **Case No. CR 19-57-GF-BMM**<br><br>**DEFENDANT'S MOTION TO ENTER GUILTY PLEA** |

Joshua James Birdrattler, the Defendant, by and through his attorneys, R. Henry Branom Jr., Assistant Federal Defender, and the Federal Defenders of Montana, hereby moves this Honorable Court to allow him to enter a plea of guilty to assault by striking, beating or wounding, in violation of 18 U.S.C. §§ 1153(a) and 113(a)(4), the sole count contained in the superseding information in this matter.

1

The fully executed plea agreement will be filed separately with no requirement to seal.

Defendant consents to a referral of the Change of Plea proceedings to a United States Magistrate Judge in accord with Fed.R.Crim.P. 59(b).

RESPECTFULLY SUBMITTED this 21st day of September, 2020.


/s/ R. Henry Branom Jr.


**CERTIFICATE OF SERVICE**
**L.R. 5.2(b)**

I hereby certify that on September 21, 2020, a copy of the foregoing document was served on the following persons by the following means:

 1, 2  CM-ECF
_____Hand Delivery
 3    Mail
_____Overnight Delivery Service
_____Fax
_____E-Mail

1.    CLERK, UNITED STATES DISTRICT COURT

2.    CASSADY A. ADAMS
       Assistant United States Attorney
       Counsel for the United States of America

3.    JOSHUA JAMES BIRDRATTLER
       Defendant


/s/ R. Henry Branom Jr.

2